# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**  **Category No.** II  **Investigating Agency** ATF

**City** Boston  **Related Case Information:**

**County** Suffolk

- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number: 23-mj-6363-MPK
- Search Warrant Case Number: _____
- R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name:** Tarik Muhammad  **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** (City & State) Boston, MA

**Birth date (Yr only):** 1994  **SSN (last4#):** 3643  **Sex:** M  **Race:** Black  **Nationality:** United States

**Defense Counsel if known:** Robert Peabody  **Address:** Husch Blackwell

**Bar Number:** 551936   One Beacon Street, Suite 1320
Boston, MA 02108

## U.S. Attorney Information:

**AUSA** Benjamin Tolkoff  **Bar Number if applicable** NY 4294443

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☑ In Custody

## Location Status:

**Arrest Date:** 02/06/2023

☑ Already in Federal Custody as of 02/13/2023 in Wyatt.
☐ Already in State Custody at ____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 08/10/2023  **Signature of AUSA:** /s/ BNT

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Tarik Muhammad

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC § 922(g)(1) | Felon in Possession of Firearm | Complaint |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Related matter 20-cr-10136-DJC-18

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013